# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge                Court appearing by video conference
Criminal No. 1:25-cr-00063-RGE-HCA-3            :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Lee Ann Gulbrandson

---

Gov. Atty(s): Jason T. Griess            : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Peder C. Bartling          : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ✔ In Person  ☐ Video Conference : Code Violation/Offense:
☑ All Parties Consent to Video Proceeding : 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to Distribute a
Court Reporter: FTR Gold                   Controlled Substance (Methamphetamine) (1)   21:841(a)(1) and 841
Interpreter: N/A                           (b)(1)(A). Possession with Intent to Distribute3 a Controlled
☐ Interpreter Sworn                        Substance (Methamphetamine) (2)   21:841(a)(1) and 841(b)(1)(B).
                                           Possession with Intent to Distribute a Controlled Substance (Meth) (3)

Date: 12/18/2025

Initial Appearance Start Time: 3:01 pm      Arraignment Start Time: 3:05 pm     End Time: 3:11 pm

## Initial Appearance

✔ Advised of Rights                              : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights        : ✔ Appointed/Previously Appointed CJA Counsel
  Requesting Consular Notification ☐ Yes ☐ No   : ☐ Retained Counsel
✔ Rule 5 Admonition Given                        :

## Arraignment

Trial Scheduled for: 2/9/2026                    : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: 12/26/2025                 : ✔ Indicted in True Name
Reciprocal Discovery due: 1/6/2026               :   True Name:
Pretrial Motions due: 1/19/2026                  : ✔ Reading of Indictment Waived
Plea Notification Deadline: 1/19/2026            :   Plea of Not Guilty Accepted as to Ct(s): 1, 2 and 3
Plea Entry Deadline: 1/23/2026                   : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):     : ✔ Defendant advised that failure to enter a plea by deadline
1/16/2026 at 10:20 am                                may negatively impact consideration and finding regarding
Counsel shall call 833-990-9400, Guest ID 774-884-227, Guest PIN/Code 6783 (HCA)   reduction in offense level based upon Acceptance of
                                                     Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention                 :
☐ Defendant Waived Preliminary Examination       : Detention Hearing Set: 12/22/2025 at 2:00 pm via VTC
☐ Defendant Waived Detention Hearing             : Before: The Honorable William P. Kelly
Court Ordered Defendant:                         : Courthouse: Council Bluffs       Room: 100
☐ Released on Bond                               : Revocation Hearing Set:
✔ Detained                                       : Before:
                                                 : Courthouse:                      Room:

---

Parties advised that Judge Goodgame Ebinger generally will grant only one continuance of trial. The Court finds that today's hearing was conducted by reliable electronic means.

                                                                /s/ V. Rule
                                                                Deputy Clerk